Mamie E. Clark, appellee, v. George T. Miller, appellant. Gen. No. 31,034.

Action for balance due on money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Edward H. Morris and James B. Cashin, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Bickett Coal & Coke Company, appellant, v. Binkley Coal Company, appellee. Gen. No. 31,044.

Action for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Henry J. and Charles Aaron, for appellant; Franklin Raber, of counsel. Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

B. L. Rosset & Company, appellee, v. The Fair Artificial Ice Company, appellant. Gen. No. 31,053.

Action for services and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

James W. Casey and Harry G. Hershenson, for appellant. Carpenter & Grant, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Chicago Wood & Coal Company, appellee, v. City of Chicago, appellant. Gen. No. 31,063.

Petition for mandamus. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Francis X. Busch, Corporation Counsel, for appellant; Roy S. Gaskill, Daniel V. Gallery and W. Arnold Amberg, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice Matchett delivered the opinion of the court.